FILED

11 JUL 20 AM 11:13

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 75-CR-01654-MMA |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND |
| MARINA OCHOA-FLORES, | ) | RECALL ARREST WARRANT |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the indictment in the above entitled case be dismissed without prejudice, and the arrest warrant be recalled.

IT IS SO ORDERED.

DATED: 7-19-2011.

HONORABLE MICHAEL M. ANELLO
United States District Judge